AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JONATHAN ARIAS,**

    **Plaintiff,**

**v.**

**JANET NAPOLITANO, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:13-cv-248**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed July 2, 2014, JUDGMENT is hereby in this matter.   This case is DISMISSED.**

Date:  July 2, 2014

JOHN P. HEHMAN, CLERK

*/s/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk